### 11929. WILLIAMS *v.* THE STATE.

BROYLES, C. J. It appearing from the recitals in the bill of exceptions in this case that the bill of exceptions was tendered to the trial court more than 20 days after the date of the judgment complained of, the bill of exceptions must be dismissed.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 25, 1921.

Conviction of assault and battery; from Bacon superior court — Judge Summerall. September 11, 1920.

*I. J. Bussell,* for plaintiff in error.

*A. B. Spence, solicitor-general,* contra.